UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO. 22-CV-20228-MOORE/Louis

DEAN L. ACKERMAN,

     Plaintiff,

vs.

OCEANIA CRUISES S. de R.L., LLC
d/b/a OCEANIA CRUISES,

     Defendant.

_____/

## <u>JOINT MOTION TO COMPLETE MEDIATION VIA ZOOM</u>

COMES NOW the Parties, DEAN L. ACKERMAN, Plaintiff and OCEANIA CRUISES S. de R.L., LLC d/b/a OCEANIA CRUISES, Defendant, by and through their undersigned attorneys, and moves this Honorable Court for an Order allowing the parties, counsel and representatives to complete the Mediation via Zoom and in support thereof states as follows:

1. This is a maritime action for personal injuries, wherein the Plaintiff alleges that he sustained injuries from a slip and fall accident aboard the cruise vessel M/V OCEANIA INSIGNIA on July 21, 2019.

2. Pursuant to this Honorable Court's Paperless Order of Referral to Mediation [DE 17] entered March 30, 2022, the parties have selected Elisabeth M. Rock, a certified mediator with EMC Mediation Solutions, to mediate this matter and the parties have scheduled the Mediation to take place on August 2, 2022.  See Notice of Selection of Mediator filed on April 12, 2022 [DE 18].  The Parties will file a Notice of Scheduling

Mediation in further compliance with the Order of Referral to Mediation upon the Court's ruling on this motion.

3. The Order of Referral to Mediation states that the Mediation must take place in person absent good cause shown by the parties.

4. The Plaintiff, Dean Ackerman, is 57 years old and a resident of Suffern, New York who suffers from a neurological condition of spina bifida.  Due to the high risk of being exposed to COVID-19 while flying, Plaintiff's treating physician, George R. Cox, has recently opined that he should not fly.  Attached hereto as Exhibit A is a true and correct copy of the letter from Dr. George R. Cox.

5. Based upon Dr. Cox's medical opinion, Plaintiff requested, and Oceania agreed, to conduct Plaintiff's deposition via Zoom. Similarly, Oceania agreed, after discussions with Plaintiff's counsel. to retain a medical expert local to Plaintiff so that Plaintiff would not have to travel for his Rule 35 medical examination.

6. Furthermore, the Mediator selected by the Parties, Elizabeth M. Rock, is a Certified Mediator in this Court, however she currently resides in Connecticut.  Ms. Rock is a very experienced mediator with the passenger cruise line cases and the Parties mutually desire her to mediate this case via Zoom.

7. Lastly, there is a high cost to Plaintiff and Plaintiff's co-counsel, John J. Sullivan, to travel to Miami for the mediation.

8. Therefore, it is respectfully submitted that the parties, their counsel and representatives, and the mediator, be permitted to complete the Mediation via Zoom.

WHEREFORE, the Plaintiff, DEAN L. ACKERMAN, and Defendant, OCEANIA CRUISES S. de R.L., LLC d/b/a OCEANIA CRUISES, jointly request that this Honorable Court find good cause and

enter an Order granting this motion and permitting the parties, their counsel and representatives, and the mediator, to complete the Mediation on August 2, 2022 via Zoom.

Respectfully submitted this 1st day of July, 2022.

By: _____
*/s/ Michael C. Black*

**Michael C. Black, Esquire**
F.B.N.  006162
mblack@marlaw.com
**MICHAEL C. BLACK, P.A.**
Dadeland Square at the Greenery Mall
7700 North Kendall Drive, Suite 305
Miami, Florida 33156
Telephone:  (305) 271-8301
Facsimile:   (305) 271-8302
*Co-counsel for Plaintiff, Dean L. Ackerman*

and

**John J. Sullivan, Esquire**
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, New York 10006
Telephone:    212-669-0600
Facsimile:      212-666-0698
*Co-counsel for Plaintiff, Dean L. Ackerman*

By: _____
*/s/ Todd Sussman*

**Todd Sussman, Esquire**
F.B.N. 0084729
tsussman@nclcorp.com
**OCEANIA CRUISES S. de R.L., LLC**
7665 Corporate Center Drive
Miami, Florida 33126
Telephone:  (305) 436-4653
Facsimile:   (305) 436-2132
*Attorneys for Defendant,*
*Oceania Cruises S. De R.L., LLC*
*d/b/a Oceania Cruises*